# EXHIBIT JN2

Gillian M. Ross (Bar No. 127116)
Leonard E. Marquez (Bar No. 206885)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Specially Appearing for Defendants D.R. Horton,
Inc., DHI Mortgage Company, Ltd., Michael Mason,
Daniel Callihan and Annie Schankin

**FILED**
San Francisco County Superior Court

NOV 0 9 2005

GORDON PARK-LI, Clerk
BY: _____
         Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| PATRICE A. MISSUD,<br><br>          Plaintiff,<br><br>vs.<br><br>DR HORTON, a corporation; DHI MORTGAGE, a corporation; MICHAEL MASON, Agent of DHI MORTGAGE; DANIEL CALLIHAN, Agent of DHI MORTGAGE; ANNE SCHANKIN, Agent of DR HORTON,<br><br>          Defendants. | Case No. CGC 05-444247<br><br>[~~PROPOSED~~] ORDER SUSTAINING MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT<br><br>Date:    November 9, 2005<br>Time:   9:30 a.m.<br>Dept:   301<br>Judge:  Hon. James T. Warren |

1   After full consideration of the Motion to Quash Service of Summons and Complaint
2   and/or to Stay or Dismiss on the Grounds of Forum Non Conveniens filed by defendants, no
3   opposition having been timely filed by plaintiff, Patrice A. Missud ("Plaintiff"), and no proof of
4   service having been attached to the opposition papers,
5   IT IS HEREBY ORDERED, DECREED AND AJUDGED that:
6   1.   Defendants' Motion to Quash Service of Summons and Complaint is
7   SUSTAINED *as to all defendants, separately*.
8   2.   Pursuant to Code of Civil Procedure sections 418.10 and 581(h), the Clerk of the
9   Court is hereby directed to enter forthwith a dismissal, without prejudice, of Plaintiffs' entire
10  complaint as to all parties.

Dated: 11/9/15

JAMES L. WARREN
Judge of the Superior Court

- 2 -

ORDER SUSTAINING MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT