**EXHIBIT JN5**

ORIGINAL

1  Gillian M. Ross (Bar No. 127116)
   Leonard E. Marquez (Bar No. 206885)
2  WENDEL, ROSEN, BLACK & DEAN LLP
   1111 Broadway, 24th Floor
3  Oakland, CA 94607-4036
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928

5  Attorneys Specially Appearing For Defendants
   DHI Mortgage Company, Ltd., Michael Mason,
6  Daniel Callihan and Annie Schankin

**FILED**
San Francisco County Superior Court

AUG 3 0 2006

GORDON PARK-LI, Clerk
BY: _____
           Deputy Clerk

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF SAN FRANCISCO

10                      UNLIMITED JURISDICTION

12  PATRICE A. MISSUD,

13              Plaintiff,

14       vs.

15  DR HORTON, A CORPORATION; DHI
    MORTGAGE, A CORPORATION;
16  MICHAEL MASON, AGENT OF DHI
    MORTGAGE; DANIEL CALLIHAN,
17  AGENT OF DHI MORTGAGE; ANNE
    SCHANKIN, AGENT OF DR HORTON,
18
                Defendants.

Case No. CGC 05-447499

[~~PROPOSED~~] ORDER DENYING:

(1) PLAINTIFF'S MOTION FOR SANCTIONS;

(2) PLAINTIFF'S MOTION TO RULE ON JURISDICTION OVER REMAINING DEFENDANTS; AND

(3) PLAINTIFF'S MOTION TO CONSIDER LATE FILED FORM OF ORDER

Date:   August 30, 2006
Time:   9:30 a.m.
Dept:   301
Judge:  Hon. Peter J. Busch

[PROPOSED] ORDER

1    The Motion for Sanctions, Motion to Consider Late Filed Form of Order, and Motion to Rule on Jurisdiction over Remaining Defendants ("Plaintiff's Motions") filed by plaintiff Patrice A. Missud ("Plaintiff") came on regularly for hearing on August 30, 2006 at 9:30 a.m. in Department 301 of the above-entitled Court before the Honorable Peter J. Busch, Judge of the Superior Court. Leonard E. Marquez, Esq. of Wendel, Rosen, Black & Dean, LLP appeared specially on behalf of defendants DHI Mortgage Company, Ltd., Michael Mason, Daniel Callihan and Annie Schankin ("Defendants") and Plaintiff appeared in *pro per*.

After full consideration of Plaintiff's Motions, IT IS HEREBY ORDERED, DECREED AND AJUDGED that:

1. Plaintiff's Motion for Sanctions is DENIED.

2. Plaintiff's Motion to Consider Late Filed Form of Order is DENIED.

3. Plaintiff's Motion to Rule on Jurisdiction over Remaining Defendants is DENIED.

4. The Court finds that Plaintiff has failed to carry his burden of proof to demonstrate by a preponderance of the evidence that any of the remaining defendants, DHI Mortgage Company, Ltd., Michael Mason, Daniel Callihan and Annie Schankin, has sufficient minimum contacts with California to support personal jurisdiction in this Court. *DVI Inc. v. Superior Court of Orange County* (2002) 104 Cal.App.4th 1080, 1090. The Clerk of the Court is hereby directed to enter forthwith a dismissal, without prejudice, of plaintiff Patrice A. Missud's entire complaint as to all parties for lack of personal jurisdiction.

5. Defendants' Motion to Quash, currently set for hearing on September 13, 2006, in Department 301 of the Court, is ordered off calendar as moot.

Dated: August 30 2006                    _____
                                          Judge of the Superior Court

                                          DIANE ELAN WICK