# EXHIBIT JN6

Gillian M. Ross (Bar No. 127116)
Leonard E. Marquez (Bar No. 206885)
WENDEL, ROSEN, BLACK & DEAN LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys Specially Appearing For Defendants
DHI Mortgage Company, Ltd., Michael Mason,
Daniel Callihan and Annie Schankin

**FILED**
San Francisco County Superior Court

SEP 1 3 2006

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| PATRICE A. MISSUD,<br><br>    Plaintiff,<br><br>  vs.<br><br>DR HORTON, A CORPORATION; DHI MORTGAGE, A CORPORATION; MICHAEL MASON, AGENT OF DHI MORTGAGE; DANIEL CALLIHAN, AGENT OF DHI MORTGAGE; ANNE SCHANKIN, AGENT OF DR HORTON,<br><br>    Defendants. | Case No. CGC 05-447499<br><br>[~~PROPOSED~~] ORDER SUSTAINING MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT<br><br>Date:    September 13, 2006<br>Time:    9:30 a.m.<br>Dept:    301<br>Judge:   Hon. Peter J. Busch |



*ORDER SUSTAINING MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT*

After full consideration of the Motion to Quash Service of Summons and Complaint and/or to Stay or Dismiss on the Grounds of Forum *Non Conveniens* filed by defendants DHI Mortgage Company, Ltd., Michael Mason, Daniel Callihan and Annie Schankin ("Defendants"),

IT IS HEREBY ORDERED, DECREED AND AJUDGED that:

1. Defendants' Motion to Quash Service of Summons and Complaint is SUSTAINED. The proofs of service filed by plaintiff as to the remaining defendants in this action do not establish effective service of process on said defendants.

2. Any attempt by plaintiff to serve the remaining defendants with the summons and complaint after the date hereof shall be made in accordance with the requirements of the Code of Civil Procedure.

Dated: 9/13/06

_____
Judge of the Superior Court
**PETER J. BUSCH**