**EXHIBIT JN8**

1  Gillian M. Ross (Bar No. 127116)
   Leonard E. Marquez (Bar No. 206885)
2  WENDEL, ROSEN, BLACK & DEAN LLP
   1111 Broadway, 24th Floor
3  Oakland, CA 94607-4036
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928

5  Attorneys Specially Appearing For Defendants
   DHI Mortgage Company, Ltd., Michael Mason,
6  Daniel Callihan and Annie Schankin

7

**FILED**
San Francisco County Superior Court
JAN 11 2007
_____ Clerk
_____ Deputy Clerk

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                       FOR THE COUNTY OF SAN FRANCISCO

10                              UNLIMITED JURISDICTION

11

12  PATRICE A. MISSUD,                    Case No. CGC 05-447499

13              Plaintiff,                [PROPOSED] ORDER SUSTAINING
                                          MOTION TO QUASH SERVICE OF
14      vs.                               SUMMONS AND COMPLAINT

15  DR HORTON, A CORPORATION; DHI         Date:   January 11, 2007
    MORTGAGE, A CORPORATION;              Time:   9:30 a.m.
16  MICHAEL MASON, AGENT OF DHI           Dept:   301
    MORTGAGE; DANIEL CALLIHAN,            Judge:  Hon. Peter J. Busch
17  AGENT OF DHI MORTGAGE; ANNE
    SCHANKIN, AGENT OF DR HORTON,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

012312 01407796004 1

1  After full consideration of the Motion to Quash Service of Summons and Complaint and/or to Stay or Dismiss on the Grounds of Forum *Non Conveniens* filed by defendants DHI Mortgage Company, Ltd., Michael Mason, Daniel Callihan and Annie Schankin ("Defendants"), the papers submitted by the parties in support and in opposition thereto, and the arguments of counsel,

IT IS HEREBY ORDERED, DECREED AND AJUDGED that:

1. Defendants' Motion to Quash Service of Summons and Complaint ("Motion to Quash") is SUSTAINED.

2. The Court finds that plaintiff has failed to effect proper service of process on defendant Annie Schankin and, in any event, plaintiff has failed to demonstrate personal jurisdiction over said defendant. Accordingly, Defendants' Motion to Quash is SUSTAINED as to defendant Annie Schankin for failure to effect proper service of process and lack of personal jurisdiction.

3. The Court finds that plaintiff failed to demonstrate personal jurisdiction over defendants DHI Mortgage, Michael Mason and Daniel Callihan. There is no general jurisdiction and Defendants' calls and letters from Nevada in the course of negotiating a possible loan application does not create special jurisdiction. Accordingly, defendants' Motion to Quash is SUSTAINED as to defendants DHI Mortgage, Michael Mason and Daniel Callihan for lack of personal jurisdiction.

4. Pursuant to Code of Civil Procedure sections 418.10 and 581(h), the Clerk of the Court is hereby directed to enter forthwith a dismissal, without prejudice, of plaintiff's entire complaint as to remaining defendants in this action, DHI Mortgage, Michael Mason, Daniel Callihan, and Annie Schankin.

Dated: 1/11/07

Judge of the Superior Court
**PETER J. BUSCH**