# EXHIBIT JN9

Gillian M. Ross (Bar No. 127116)
Leonard E. Marquez (Bar No. 206885)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys Specially Appearing for Defendants
D.R. Horton, Inc., DHI Mortgage Company, Ltd.,
Donald Horton, Donald Tomnitz, Michael Mason,
Daniel Callihan, Annie Schankin and James Frasure

**ENDORSED**
**FILED**
San Francisco County Superior Court

FEB 15 2007

GORDON PARK-LI, Clerk
BY: MARJORIE SCHWARTZ-SCOTT
   Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| PATRICE A. MISSUD, JULIE D. MISSUD,<br><br>Plaintiffs,<br><br>vs.<br><br>D.R. HORTON, INC.; DHI MORTGAGE COMPANY, LTD., LP; DONALD HORTON; DONALD TOMNITZ; MICHAEL MASON; DANIEL CALLIHAN; ANNE SCHANKIN; JAMES FRASURE; DOES 1-200,<br><br>Defendants. | Case No. CGC 06-457207<br><br>[~~PROPOSED~~] ORDER (1) SUSTAINING MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT AND (2) TAKING OFF-CALENDAR MOTION TO DECLARE PATRICE MISSUD A VEXATIOUS LITIGANT<br><br>Date:    February 15, 2007<br>Time:    9:30 a.m.<br>Dept:    301<br>Judge:   Hon. Peter J. Busch |

*ORDER*

After full consideration of the (1) Motion to Quash Service of Summons and Complaint and/or to Stay or Dismiss on the Grounds of Forum *Non Conveniens* and (2) Motion to Declare Patrice Missud a Vexatious Litigant filed by defendants D.R. Horton, Inc., DHI Mortgage Company, Ltd., Donald Horton, Donald Tomnitz, Michael Mason, Daniel Callihan, Annie Schankin and James Frasure ("Defendants"), the papers submitted by the parties in support and in opposition thereto, and the arguments of counsel,

IT IS HEREBY ORDERED, DECREED AND AJUDGED that:

1. Defendants' Motion to Quash Service of Summons and Complaint ("Motion to Quash") is SUSTAINED.

2. The Court finds that plaintiffs have failed to carry their burden of showing general or special jurisdiction over any defendant.

3. Defendants' Motion to Declare Patrice Missud a Vexatious Litigant is ordered off-calendar, without prejudice, in light of the Court's sustaining of Defendants' Motion to Quash.

4. Pursuant to Code of Civil Procedure sections 418.10 and 581(h), the Clerk of the Court is hereby directed to enter forthwith a dismissal, without prejudice, of plaintiffs' entire complaint as to all defendants in this action.

Dated: FEB 1 5 2007

PETER J. BUSCH

Judge of the Superior Court

PETER J. BUSCH