1  Gillian M. Ross (Bar No. 127116)
   Leonard A. Marquez (Bar No. 206885)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA 94607-403
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928

5  Attorneys for Defendants
   D.R. Horton, Inc., DHI Mortgage Company, Ltd,
6  LP., Donald Horton, Donald Tomnitz, Michael
   Mason, Daniel Callihan, Annie Schankin and James
7  Frasure

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PATRICE A. MISSUD, JULIE D. MISSUD, | Case No. C07-2625 JL |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL MASON IN SUPPORT OF MOTION TO DISMISS** |
| vs. | Date: September 5, 2007 |
| D.R. HORTON, INC.; DHI MORTGAGE COMPANY, LTD, LP.; DONALD HORTON; DONALD TOMNITZ; MICHAEL MASON; DANIEL CALLIHAN; ANNIE SCHANKIN; JAMES FRASURE; and DOES 1-200, | Time: 9:30 a.m. Judge: Hon. James Larson |
| Defendants. | |

*DECLARATION OF MICHAEL MASON IN SUPPORT OF MOTION TO DISMISS - Case No. C07 2625*

012312.0140\819275.1

I, Michael Mason, declare:

1. I have personal knowledge of the matters set forth herein and if called upon could testify competently concerning them.

2. I am employed by DHI Mortgage Company, Ltd., formerly known as CH Mortgage Company I, Ltd., the in-house lending company of DR Horton, Inc., in Las Vegas, Nevada and have been for more than seven years.

3. I am currently a loan officer with DHI Mortgage Company, Ltd. At the time Mr. Missud purchased his residence in Henderson, Nevada, my position was loan officer and I originated Mr. Missud's loan.

4. The company provides the in-house lending option as a convenience to homebuyers but they can also use outside lenders if they prefer.

5. I am informed and believe that a letter was sent to Mr. Missud on or about February 12, 2004, advising him that not all loan requirements had been met to obtain approval and reminding him that if he did not respond the contract might be cancelled. A copy of the letter is attached as **Exhibit A**.

6. I, in fact, obtained both preliminary and final approval of the loan, although ultimately Mr. Missud chose to finance the purchase through a third party lender. Escrow closed on March 3, 2004.

7. I reside in Las Vegas, Nevada and have done so for more than 30 years.

8. I have never lived or worked in California, except for about two years in the 1960s, when I was a college student there. I have no connections whatsoever with California.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Dated: July 27, 2007

_____
Michael Mason

DECLARATION OF MICHAEL MASON IN SUPPORT OF MOTION TO DISMISS - Case No. C07 2625 - 2 -