# EXHIBIT A

**D·R·HORTON**

Thursday, February 12, 2004

Patrice A. Missud
91 San Juan Ave.
San Francisco, CA 94112

Subject: Lot - 000008, Community - Anthem Heights, Address - 1353 Romanesca Drive

Dear Patrice A. Missud:

This is a NOTICE in accordance with an executed contract dated 11/26/2003 between Patrice A. Missud (buyer) and D.R. Horton, Inc. (seller). This notice is **CRITICAL** and requires a timely response to prevent penalties and/or cancellation of the contract.

This NOTICE pertains to the item(s) indicated below:

- ☐ **Lack of consideration** (Earnest Money check #_____ in the amount of $_____)
  Contact your sales representative and the title company immediately.
- ☐ **Failure to make loan application** within five (5) days from Contract of Sale.
- ☑ **Failure to complete lender requirements** within agreement to obtain full loan approval.
- ☐ **Failure to obtain full loan approval** within contracted amount of time.
- ☐ **Failure to close escrow.** Your closing has not occurred on the scheduled closing date.
- ☐ **Failure to remove expired contingency** prior to contingency expiration date.
  Contact your sales representative
- ☐ **Failure to make required deposits** for options/upgrades/flooring

Failure to respond and resolve the item(s) indicated above will, at the sellers' discretion, result in:

- ☐ Cancellation of executed contract, earnest monies **refunded**, non-refundable deposits **retained**.
- ☑ Cancellation of executed contract, earnest monies **retained**, non-refundable deposits **retained**.
- ☐ **Penalty of $100.00 per day**, from day following the mailing of this notice until escrow is closed.

- ☐ If buyer purchases a D.R. Horton, Inc. Las Vegas Division home with in the next _____ months buyers retained funds will credited to that escrow.

Should you have any questions regarding this matter, please contact your on-site sales agent.

Cordially,

*Annie Schumkin*

Sales Manager

CC:   Lender
      Title
      File

CERTIFIED MAIL RETURN RECEIPT

6845 Escondido Street · Building 6, Suite 105 · Las Vegas, Nevada 89119 · (702) 435-4888 · Fax (702) 435-4950

**EXHIBIT A**