1  Gillian M. Ross (Bar No. 127116)
   Leonard A. Marquez (Bar No. 206885)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA 94607-403
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928

5  Attorneys for Defendants
   D.R. Horton, Inc., DHI Mortgage Company, Ltd,
6  LP., Donald Horton, Donald Tomnitz, Michael
   Mason, Daniel Callihan, Annie Schankin and James
7  Frasure

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
13  PATRICE A. MISSUD, JULIE D.              Case No. C07-2625 JL
    MISSUD,
14                                           **DECLARATION OF DAVID T. MORICE
              Plaintiff,                     IN SUPPORT OF MOTION TO DISMISS**
15
         vs.                                 Date:    September 5, 2007
16                                           Time:    9:30 a.m.
    D.R. HORTON, INC.; DHI MORTGAGE          Judge:   Hon. James Larson
17  COMPANY, LTD, LP.; DONALD
    HORTON; DONALD TOMNITZ;
18  MICHAEL MASON; DANIEL
    CALLIHAN; ANNIE SCHANKIN;
19  JAMES FRASURE; and DOES 1-200,

20            Defendants.

21
22
23
24
25
26
27
28

I, David T. Morice, declare:

1. I am, and at all times relevant herein was, Vice President and Legal Counsel of D.R. Horton, Inc. The following facts are within my personal knowledge and if called upon as a witness I could and would testify competently thereto.

2. In my capacity as Vice President and Legal Counsel, I am familiar with the corporate structure of D.R. Horton, Inc., as well as the division of operations between D.R. Horton, Inc., and its wholly-owned subsidiaries, including DHI Mortgage Company, Ltd.

3. D.R. Horton, Inc. is incorporated in Delaware, with its headquarters located in Fort Worth, Texas. D.R. Horton, Inc. is a homebuilder which constructs and sells high quality single-family homes. D.R. Horton, Inc. does business in Nevada. However, D.R. Horton, Inc. has no offices in California and conducts no business there.

4. D.R. Horton, Inc. was the seller of 1353 Romanesca Drive, Henderson, Nevada to Patrice Missud and his wife ("Missud Transaction"). A copy of the Offer and Acceptance and Receipt for Deposit is attached as **Exhibit A**.

5. D.R. Horton, Inc., like many builders, has in-house lending companies to assist home buyers with their mortgage needs. DHI Mortgage Company, Ltd., formerly known as CH Mortgage Company I, Ltd., was the in-house lending company involved in the Missud Transaction.

6. DHI Mortgage Company, Ltd. is a Texas limited partnership and a wholly-owned subsidiary of D.R. Horton, Inc. Its general partner is DHI Mortgage Company GP, Inc., a corporation qualified to do business in Nevada and California. At the time of the Missud Transaction, CH Mortgage Company I, Ltd. operated in the state of Nevada where Missud purchased the Henderson, Nevada home.

7. **D.R. Horton, Inc. has been dismissed from three separate, earlier lawsuits filed by the plaintiff Mr. Missud in the Superior Court of the State of California, County of San Francisco (in Case Nos. CGC-05-444247, CGC-05-447499 and CGC 06-457207) for lack of personal jurisdiction over it in the California courts.**

///

8. Mr. Missud's three previous lawsuits have also been dismissed as against the other defendants in those actions as well—DHI Mortgage Company, Ltd., Donald Horton, Donald Tomnitz, James Frasure, Michael Mason, Daniel Callihan and Annie Schankin—for lack of personal jurisdiction over them in the California courts.

9. In this lawsuit, plaintiffs have sued Donald Horton and Donald Tomnitz. Mr. Horton is the Chairman of the Board of Directors of D.R. Horton, Inc. In his capacity as Chairman, he would not ordinarily be involved in the day to day operations of the company's sales offices or affiliated lenders. Mr. Tomnitz is Vice Chairman of the Board of Directors of D.R.. Horton, Inc. and the Chief Executive Officer and President of D.R. Horton, Inc. As with Mr. Horton, Mr. Tomnitz would not in the ordinary course of his corporate responsibilities have any involvement in the day to day operations of the company's sales offices or affiliated lenders. Based on my review of documentation relating to the Missud Transaction and information received from individuals involved in the transaction, neither Mr. Horton nor Mr. Tomnitz had any involvement in the transaction. Neither Mr. Horton nor Mr. Tomnitz reside or work in California.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Dated: July 26, 2007

_David T. Morice_