1  Gillian M. Ross (Bar No. 127116)
   Leonard A. Marquez (Bar No. 206885)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA 94607-403
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928

5  Attorneys for Defendants
   D.R. Horton, Inc., DHI Mortgage Company, Ltd,
6  LP., Donald Horton, Donald Tomnitz, Michael
   Mason, Daniel Callihan, Annie Schankin and James
7  Frasure

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
   PATRICE A. MISSUD, JULIE D.            Case No. C07-2625 JL
13 MISSUD,
                                          **DECLARATION OF JAMES FRASURE IN
14           Plaintiff,                   SUPPORT OF MOTION TO DISMISS**

15     vs.                                Date:    September 5, 2007
                                          Time:    9:30 a.m.
16 D.R. HORTON, INC.; DHI MORTGAGE        Judge:   Hon. James Larson
   COMPANY, LTD, LP.; DONALD
17 HORTON; DONALD TOMNITZ;
   MICHAEL MASON; DANIEL
18 CALLIHAN; ANNIE SCHANKIN;
   JAMES FRASURE; and DOES 1-200,
19
             Defendants.
20

21

22

23

24

25

26

27

28

012312.0140\819272.1

*DECLARATION OF JAMES FRASURE IN SUPPORT OF*
*MOTION TO DISMISS - Case No. C07 2625*

I, James Frasure, declare:

1. I am, and at all times relevant herein was, employed by D.R. Horton, Inc. as a Vice-President and as the President of the Las Vegas, Nevada division of D.R. Horton, Inc. I have personal knowledge of the matters set forth herein and if called upon could testify competently concerning them.

2. I had no involvement in the day to day handling of the sale of the residence located at 1353 Romanesca Drive, Henderson, Nevada, to Mr. Missud and his wife, and I was not the supervisor of the sales office that handled the sale of the home.

3. I reside and work in the state of Nevada and have done so for more than 14 years.

4. I have never worked in California. I have never lived in California. I have no connections whatsoever with California.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Dated: July 27, 2007

_____
James Frasure

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

012312.0140\819272.1

DECLARATION OF JAMES FRASURE IN SUPPORT OF
MOTION TO DISMISS - Case No. C07 2625     - 2 -