1  Gillian M. Ross (Bar No. 127116)
   Leonard A. Marquez (Bar No. 206885)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA 94607-403
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928

5  Attorneys for Defendants
   D.R. Horton, Inc., DHI Mortgage Company, Ltd,
6  LP., Donald Horton, Donald Tomnitz, Michael
   Mason, Daniel Callihan, Annie Schankin and James
7  Frasure

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12
   PATRICE A. MISSUD, JULIE D.                Case No. C07-2625 JL
13 MISSUD,
                                              **DECLARATION OF ANNIE SCHANKIN
14              Plaintiff,                    IN SUPPORT OF MOTION TO DISMISS**

15       vs.
                                              Date:    September 5, 2007
16 D.R. HORTON, INC.; DHI MORTGAGE            Time:    9:30 a.m.
   COMPANY, LTD, LP.; DONALD                  Judge:   Hon. James Larson
17 HORTON; DONALD TOMNITZ;
   MICHAEL MASON; DANIEL
18 CALLIHAN; ANNIE SCHANKIN;
   JAMES FRASURE; and DOES 1-200,
19
                Defendants.
20

21
22
23
24
25
26
27
28

012312.0140\819077.1   *DECLARATION OF ANNIE SCHANKIN IN SUPPORT
                       OF MOTION TO DISMISS - Case No. C07 2625*

I, Annie Schankin, declare:

1. I have personal knowledge of the matters set forth herein and if called upon could testify competently concerning them.

2. I was employed by DR Horton, Inc. in Las Vegas, Nevada from 1999 through March 22, 2004. I was employed as a sales manager.

3. I currently reside in Henderson, Nevada and I have lived for the past 20 years in the Las Vegas Valley in Nevada.

4. I have never worked in California. I have never lived in California. I have no connections whatsoever with California.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Dated: July 30, 2007

Annie Schankin

DECLARATION OF ANNIE SCHANKIN IN SUPPORT
OF MOTION TO DISMISS - Case No. C07 2625        - 2 -