1  Gillian M. Ross (Bar No. 127116)
   Leonard A. Marquez (Bar No. 206885)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA 94607-403
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928

5  Attorneys for Defendants
   D.R. Horton, Inc., DHI Mortgage Company, Ltd,
6  LP., Donald Horton, Donald Tomnitz, Michael
   Mason, Daniel Callihan, Annie Schankin and James
7  Frasure

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
   PATRICE A. MISSUD, JULIE D.              Case No. C07-2625 JL
13 MISSUD,
                                            **DECLARATION OF DANIEL CALLIHAN
14         Plaintiff,                       IN SUPPORT OF MOTION TO DISMISS**

15     vs.                                  Date:    September 5, 2007
                                            Time:    9:30 a.m.
16 D.R. HORTON, INC.; DHI MORTGAGE          Judge:   Hon. James Larson
   COMPANY, LTD, LP.; DONALD
17 HORTON; DONALD TOMNITZ;
   MICHAEL MASON; DANIEL
18 CALLIHAN; ANNIE SCHANKIN;
   JAMES FRASURE; and DOES 1-200,
19
           Defendants.
20

21

22

23

24

25

26

27

28

012312.0140\819276.1

*DECLARATION OF DANIEL CALLIHAN IN SUPPORT
OF MOTION TO DISMISS - Case No. C07 2625*

I, Daniel Callihan, declare:

1. I have personal knowledge of the matters set forth herein and if called upon could testify competently concerning them.

2. I was the branch manager of DHI Mortgage Company, Ltd. (then known as CH Mortgage Company I, Ltd.) in Las Vegas, Nevada, at the time Mr. Missud applied for and obtained approval for a home loan for his residence in Henderson, Nevada. I had no actual involvement with Mr. Missud and I did not personally handle his loan application.

3. I held the position of branch manager for five years. Since February 2005, I have been the division manager for the builder division of D R Horton, Inc. in Las Vegas, Nevada.

4. I currently reside in Henderson, Nevada and have done so for the past 14 years.

5. I have never worked in California. I have never lived in California. I have no connections whatsoever with California.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Dated: July 27, 2007

_____
Daniel Callihan