| | |
|---|---|
| 1 | Gillian M. Ross (Bar No. 127116) |
|   | Leonard A. Marquez (Bar No. 206885) |
| 2 | **WENDEL, ROSEN, BLACK & DEAN LLP** |
|   | 1111 Broadway, 24th Floor |
| 3 | Oakland, CA 94607-403 |
|   | Telephone: (510) 834-6600 |
| 4 | Fax: (510) 834-1928 |

Attorneys for Defendants
D.R. Horton, Inc., DHI Mortgage Company, Ltd, LP., Donald Horton, Donald Tomnitz, Michael Mason, Daniel Callihan, Annie Schankin and James Frasure

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICE A. MISSUD, JULIE D. MISSUD, | Case No. C07-2625 JL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |
| vs. | |
| D.R. HORTON, INC.; DHI MORTGAGE COMPANY, LTD, LP.; DONALD HORTON; DONALD TOMNITZ; MICHAEL MASON; DANIEL CALLIHAN; ANNIE SCHANKIN; JAMES FRASURE; and DOES 1-200, | |
| Defendants. | |

1    After full consideration of the (1) Motion to Dismiss filed by defendants D.R. Horton, Inc., DHI Mortgage Company, Ltd., Donald Horton, Donald Tomnitz, Michael Mason, Daniel Callihan, Annie Schankin and James Frasure ("Defendants"), the papers submitted by the parties in support and in opposition thereto, and the arguments of counsel,

IT IS HEREBY ORDERED, DECREED AND AJUDGED that:

1.    Defendants' Motion to Dismiss is GRANTED.

2.    The Court finds that plaintiffs have failed to carry their burden of showing personal jurisdiction over any of the Defendants in this Court.

3.    Plaintiffs' entire complaint is hereby dismissed, without prejudice, as to all Defendants in this action.

Dated: _____        _____
                                Judge of the Superior Court

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

012312.0140\819946.1

*ORDER GRANTING MOTION TO DISMISS -*
*Case No.  C07 2625*    - 2 -