United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE MISSUD, ET AL., | No. C 07-2625 JL |
| Plaintiffs, | |
| v. | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |
| D.R. HORTON INC., ET AL., | |
| Defendants. | |
| _____/ | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____          _____
                                        Signature

                                        Counsel for _____

                                        _____

REQUEST                                1