UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICE MISSUD,

    Plaintiff(s),

    v.

D.R. HORTON, INC.,

    Defendant(s).
_____/

No. 07-02625 JL

NOTICE OF CONTINUANCE OF MOTION
AND CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that defendant's motion to dismiss and the case management conference scheduled for September 5, 2007 @ 9:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to September 19, 2007 @ 9:30 a.m..

Dated: August 14, 2007

*Wings Hom* (signature)
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE