1  Gillian M. Ross (Bar No. 127116)
   Leonard A. Marquez (Bar No. 206885)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA  94607-403
   Telephone:  (510) 834-6600
4  Fax:  (510) 834-1928

5  Attorneys for Defendants
   D.R. Horton, Inc., DHI Mortgage Company, Ltd.,
6  Donald Horton, Donald Tomnitz, Michael Mason,
   Daniel Callihan, Annie Schankin and James Frasure

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  PATRICE A. MISSUD, JULIE D.            Case No.  C07-2625 JL
    MISSUD,
13                                         **DEFENDANTS' OBJECTIONS TO
                    Plaintiff,             PLAINTIFFS' EVIDENCE IN
14                                         OPPOSITION TO MOTION TO DISMISS**
           vs.
15                                         [Fed. R. Civ. Proc. 12(b)(2), (6)]
    D.R. HORTON, INC.; DHI MORTGAGE
16  COMPANY, LTD, LP.; DONALD              Date:     September 19, 2007
    HORTON; DONALD TOMNITZ;                Time:     9:30 a.m.
17  MICHAEL MASON; DANIEL                  Judge:    Hon. James Larson
    CALLIHAN; ANNIE SCHANKIN;
18  JAMES FRASURE; and DOES 1-200,

19                 Defendants.

20

21

22

23

24

25

26

27

28

012312.0140\823628.1

*DEFENDANTS' OBJECTIONS TO PLAINTIFFS'*
*EVIDENCE IN OPPOSITION TO MOTION TO DISMISS*
*Case No. C07 2625*

Defendants D.R. Horton, Inc., DHI Mortgage Company, Ltd., Donald Horton, Donald Tomnitz, Michael Mason, Daniel Callihan, Annie Schankin and James Frasure ("Defendants") hereby submit their objections to the following evidence submitted by plaintiffs Patrice A. Missud and Julie D. Missud ("Plaintiffs") in opposition to Defendants' Motion to Dismiss.

## I. OBJECTIONS TO EVIDENCE SUMMITED BY PLAINTIFFS

| PLAINTIFFS' EVIDENCE: | OBJECTIONS TO EVIDENCE: |
|---|---|
| 1. *"At page 4, lines 5-24, Judge Busch implied that but for the technicality that his instant ruling would close case 499, he would have considered as evidence an additional 40 California consumers who had been systematically and continuously contacted to prove minimum contacts."* **Declaration of Patrick Missud in Opposition of Motion to Dismiss ("Missud Decl."), ¶4.** | 1. Irrelevant; Lack of Foundation/Personal Knowledge; Inadmissible Opinion/Expert Testimony; Hearsay.<br><br>Federal Rules of Evidence ("Fed. R. Evid.") 401, 402, 602, 702, 703 and 802; *McHugh v. United Service Automobile Ass'n* (9th Cir. 1999) 164 F.3d 451, 454 (declarations containing inadmissible opinion as to issues of law must be disregarded). |
| 2. *"True and correct copies of emails indicating that the authoring D R Horton consumers have been defrauded as recently as August 2007 are appended as Exhibit 4."* **Missud Decl., ¶5 and Exhibit 4 thereto.** | 2. Irrelevant; Lack of Foundation/Personal Knowledge; Inadmissible Opinion/Expert Testimony; Hearsay.<br><br>Fed. R. Evid. 401, 402, 602, 702, 703 and 802; *McHugh, supra,* 164 F.3d at 454 (declarations containing inadmissible opinion as to issues of law must be disregarded). |
| 3. **Missud Decl., Exhibit 6.** | 3. Irrelevant; Lack of Foundation/Personal Knowledge; Inadmissible Opinion/Expert Testimony; Hearsay.<br><br>Fed. R. Evid. 401, 402, 602, 702, 703 and 802; *McHugh, supra,* 164 F.3d at 454 (declarations containing inadmissible opinion as to issues of law must be disregarded). |
| 4. **Missud Decl., Exhibit 8.** | 4. Irrelevant; Hearsay.<br><br>Fed. R. Evid. 401, 402 and 802. |

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

012312.0140\823628.1

*DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO MOTION TO DISMISS*
*Case No. C07 2625*

1

| PLAINTIFFS' EVIDENCE: | OBJECTIONS TO EVIDENCE: |
|---|---|
| 5. **Missud Decl., Exhibit 9.** | 5. Irrelevant; Hearsay.<br><br>Fed. R. Evid. 401, 402 and 802. |
| 6. Missud Decl., **Exhibit 10**. | 6. Irrelevant; Hearsay.<br><br>Fed. R. Evid. 401, 402 and 802. |
| 7. *"Through my web sites and other available means, approximately ten D R Horton insiders have been located who have verified the myriad frauds and misrepresentations including interest rate manipulation, RESPA violations, fraudulent inducement, deceptive business practices, antitrust-tying, coercion, falsifying governmental documents, and many other varieties of mortgage fraud. Many, if not all of these insiders have offered additional contacts for victims of D R Horton fraud and misrepresentation."* **Missud Decl., ¶12.** | 7. Irrelevant; Lack of Foundation/Personal Knowledge; Inadmissible Opinion/Expert Testimony; Hearsay.<br><br>Fed. R. Evid. 401, 402, 602, 702, 703 and 802; *McHugh, supra,* 164 F.3d at 454 (declarations containing inadmissible opinion as to issues of law must be disregarded). |
| 8. *"Through my web sites and other available means, approximately a dozen mortgage and real estate brokers who have dealt with D R Horton have verified the myriad frauds and misrepresentations including interest rate manipulation, RESPA violations, fraudulent inducement, deceptive business practices, antitrust-tying, coercion, falsifying governmental documents, and many other varieties of mortgage fraud. Many, if not all of these professionals have offered additional contacts for victims of D R Horton fraud and misrepresentation."* **Missud Decl., ¶13.** | 8. Irrelevant; Lack of Foundation/Personal Knowledge; Inadmissible Opinion/Expert Testimony; Hearsay.<br><br>Fed. R. Evid. 401, 402, 602, 702, 703 and 802; *McHugh, supra,* 164 F.3d at 454 (declarations containing inadmissible opinion as to issues of law must be disregarded). |

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

012312.0140\823628.1

DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO MOTION TO DISMISS
Case No. C07 2625

2

| PLAINTIFFS' EVIDENCE: | OBJECTIONS TO EVIDENCE: |
|---|---|
| 9. **Supplemental Declaration of Patrick Missud in Opposition of Motion to Dismiss, ¶2 and Exhibit thereto.** | 9. Irrelevant; Lack of Foundation/Personal Knowledge; Inadmissible Opinion/Expert Testimony; Hearsay.<br><br>Fed. R. Evid. 401, 402, 602, 702, 703 and 802; *McHugh, supra,* 164 F.3d at 454 (declarations containing inadmissible opinion as to issues of law must be disregarded). |

Respectfully submitted.

Dated:  September 5, 2007

WENDEL, ROSEN, BLACK & DEAN LLP


By: */s/Gillian M. Ross*
  Gillian M. Ross
  Attorneys for Defendants
  D.R. Horton, Inc., DHI Mortgage Company, Ltd., Donald Horton, Donald Tomnitz, Michael Mason, Daniel Callihan, Annie Schankin and James Frasure

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

012312.0140\823628.1

DEFENDANTS' OBJECTIONS TO PLAINTIFFS'
EVIDENCE IN OPPOSITION TO MOTION TO DISMISS
Case No. C07 2625

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

012312.0140\823628.1

*NOTICE OF MOTION AND MOTION TO DISMISS; MPA IN SUPPORT OF MOTION TO DISMISS*
*Case No. C07 2625*

-1-