**PATRICE A. MISSUD** (Ca. SBN 219614)
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 ph/fax
missudpat@yahoo.com

PLAINTIFF in pro per, and
Attorney for Julie D. Missud

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF CALIFORNIA, SAN FRANCISCO DIVISION
UNLIMITED CIVIL JURISDICTION

PATRICE A. MISSUD,
JULIE D. MISSUD                                Case No. C 07-2625 JL

Plaintiffs

**SUPPLEMENTAL DECLARATION OF PATRICK MISSUD IN OPPOSITION OF MOTION TO DISMISS**

vs.

**UNLIMITED**

D. R. HORTON, INC.;                            Date: September 19, 2007
DHI MORTGAGE COMPANY, LTD, LP.;                Time: 9:30 AM
DONALD HORTON; DONALD TOMNITZ;                 Judge: Hon. James Larson
MICHAEL MASON; DANIEL CALLIHAN;
ANNIE SCHANKIN, JAMES FRASURE;
DOES 1-200

Defendants

_____

C 072625 JL    SUPPLEMENTAL DECLARATION OF PATRICK MISSUD IN OPPOSITION OF MOTION TO DISMISS    1

1  I, Patrick Missud, declare as follows:

2  1. I am an attorney at law, duly licensed to practice before all courts of the State of California, in this Federal Court, and am pro per counsel in the above entitled action. I have personal knowledge of the matters set forth herein. If called upon as a witness to testify as to the truth of these matters, I could and would do so competently.

2. A true and correct copy of the police incident report describing the explosion which occurred outside Plaintiffs' home on August 3, 2007 is attached hereto. The report was received on August 31, 2007, and is called exhibit 8 in both the Plaintiffs' opposition memorandum and in Patrick Missud's declaration in opposition of the motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, California.

_____

Patrick Missud                              Date

### San Francisco Police Department
### INCIDENT REPORT
**07079317**

[Incident report form with fields for Incident Number, Reported Date/Time, Occurrence Date/Time, CAD Number, Type of Incident: Malicious Mischief, Vandalism to Vehicle - 2/780, Location of Occurrence: 91 San Juan Ave., Report Status: Signed, Assign To: GENERAL WORK]

**DECLARATION**: I declare under penalty of perjury, this report of ___2___ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the scene and parties involved.

Reporting Officer: Curry, R. #816
Sgt H. Sawyer
Lt H. Sawyer

**SUBJECT 1**: 
R/V - Reporter/Victim
Missud, Patrick
Home Address: 91 San Jose Ave., San Francisco, CA, 94112
DOB: 05/30/1969
Race: White
Age: 38

**VEHICLE 1**:
D - DAM
Year: 1981  Make: GMC  Model: 1500  Style: Truck  Color: White/Red
License Plate: 7KC141
State: CA
VIN: 1GHTEC14F182302306
Condition Of Vehicle: Apparently Drivable, Damaged
Damage: Dent in the hood

**PROPERTY 1**:
D - Damage
Quantity: 1  Value: $780
Description: Dent in the hood of (R/V) Missud's (D) vehicle

**PROPERTY 2**:
E - Evidence
Item: Disk
Quantity: 1  Seized By (Star): 816
Description: 4 Photos of (D) vehicle

Incident #: 07079317    Page: 1 of

---

### San Francisco Police Department
### INCIDENT REPORT
**07079317**

**NARRATIVE**:

On Sunday 09-05-07 at 1652 hours I was dispatched to 91 San Juan Avenue regarding vandalism to a vehicle. Upon my arrival I met (R/V) Missud who stated that on Friday 09-03-07 at approximately 2200 hours, he heard firecrackers outside his home. Shortly after Missud said he heard a large explosive, possibly an M80 go off. Missud said he looked outside his window, but didn't see anything. Missud did not go outside until the next day when he noticed his (D) vehicle had a dent in the hood, with some of the paint taken off. Missud said he went to a baseball game, and called the police the next day, on Sunday.

I saw the damage to Missud's vehicle, and took four photos on a (E) disk of the (D) vehicle. Missud had no suspect information at this time. After taking Missud's statement, I gave him a follow up form with a case number. I later booked the disk at Ingleside Station as evidence.

---

C 072625 JL    SUPPLEMENTAL DECLARATION OF PATRICK MISSUD IN OPPOSITION OF MOTION TO DISMISS    3

C 072625 JL        SUPPLEMENTAL DECLARATION OF PATRICK MISSUD IN OPPOSITION OF MOTION TO DISMISS        4