1  Gillian M. Ross (Bar No. 127116)
   Leonard A. Marquez (Bar No. 206885)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA  94607-403
   Telephone:  (510) 834-6600
4  Fax:  (510) 834-1928

5  Attorneys for Defendants
   D.R. Horton, Inc., DHI Mortgage Company, Ltd.,
6  Donald Horton, Donald Tomnitz, Michael Mason,
   Daniel Callihan, Annie Schankin and James Frasure
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  PATRICE A. MISSUD, JULIE D.              Case No.  C07-2625 JL
    MISSUD,
13                                           **SECOND SUPPLEMENTAL OBJECTIONS
                 Plaintiff,                  TO PLAINTIFFS' EVIDENCE IN
14                                           OPPOSITION TO MOTION TO DISMISS**
         vs.
15                                           [Fed. R. Civ. Proc. 12(b)(2), (6)]
    D.R. HORTON, INC.; DHI MORTGAGE
16  COMPANY, LTD, LP.; DONALD                Date:     September 19, 2007
    HORTON; DONALD TOMNITZ;                  Time:     9:30 a.m.
17  MICHAEL MASON; DANIEL                    Judge:    Hon. James Larson
    CALLIHAN; ANNIE SCHANKIN;
18  JAMES FRASURE; and DOES 1-200,

19               Defendants.

20
21
22
23
24
25
26
27
28

012312.0140\823935.1   *SECOND SUPPL. OBJECTIONS TO PLAINTIFFS'*
                       *EVIDENCE IN OPPOSITION TO MOTION TO DISMISS*
                       *Case No. C07 2625*

Defendants D.R. Horton, Inc., DHI Mortgage Company, Ltd., Donald Horton, Donald Tomnitz, Michael Mason, Daniel Callihan, Annie Schankin and James Frasure ("Defendants") hereby submit the following second supplemental objections to evidence submitted by plaintiffs Patrice A. Missud and Julie D. Missud ("Plaintiffs") in opposition to Defendants' Motion to Dismiss. The following objections relate to the Supplemental Declaration of Patrick Missud in Opposition of Motion to Dismiss which was filed and served on September 6, 2007.

**I.  OBJECTIONS TO EVIDENCE SUMMITED BY PLAINTIFFS**

| PLAINTIFFS' EVIDENCE: | OBJECTIONS TO EVIDENCE: |
|---|---|
| 1. *"A true and correct copy of the police incident report describing the explosion which occurred outside Plaintiffs' home on August 3, 2007, and is called exhibit 8 in both the Plaintiffs' opposition memorandum and in Patrick Missud's declaration in opposition of the motion to dismiss."* **Supplemental Declaration of Patrick Missud in Opposition of Motion to Dismiss, ¶2 and Exhibit thereto entitled "Incident Report."** | 1. Irrelevant; Lack of Foundation/Personal Knowledge; Hearsay.  Federal Rules of Evidence ("Fed. R. Evid.") 401, 402, 602 and 802. |

Respectfully submitted.

Dated: September 7, 2007

WENDEL, ROSEN, BLACK & DEAN LLP

By: */s/Gillian M. Ross*
Gillian M. Ross
Attorneys for Defendants
D.R. Horton, Inc., DHI Mortgage Company, Ltd., Donald Horton, Donald Tomnitz, Michael Mason, Daniel Callihan, Annie Schankin and James Frasure

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

012312.0140\823935.1

*NOTICE OF MOTION AND MOTION TO DISMISS; MPA*
*IN SUPPORT OF MOTION TO DISMISS*        -1-
*Case No. C07 2625*