**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                     General Court Number
Clerk                                                                                                            415.522.2000

**September 11, 2007**

**CASE NUMBER:** CV 07-02625 JL
**CASE TITLE:** PATRICE A MISSUD-v-D R HORTON INC

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable SAUNDRA BROWN ARMSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/11/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                           Special Projects
Log Book Noted                                                   Entered in Computer 09/11/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                                            Transferor CSA