**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

PATRICE AND JULIE MISSUD,                                           No. C 07-2625 SBA

       Plaintiffs,                                                               **FINAL JUDGMENT**

  v.

D.R. HORTON, ET AL.,

       Defendants.

---

     In accordance with the Court's Order on the defendants' Motion to Dismiss, judgment is granted in favor of the defendants on the claims brought by plaintiffs. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

     IT IS SO ORDERED.

Dated: 10/30/07

                                                       *Saundra B Armstrong*
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge