Gillian M. Ross (Bar No. 127116)
Leonard A. Marquez (Bar No. 206885)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-403
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendants
D.R. Horton, Inc., DHI Mortgage Company, Ltd,
LP., Donald Horton, Donald Tomnitz, Michael
Mason, Daniel Callihan, Annie Schankin and James
Frasure

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICE A. MISSUD, JULIE D. MISSUD,<br><br>Plaintiff,<br><br>vs.<br><br>D.R. HORTON, INC.; DHI MORTGAGE COMPANY, LTD, LP.; DONALD HORTON; DONALD TOMNITZ; MICHAEL MASON; DANIEL CALLIHAN; ANNIE SCHANKIN; JAMES FRASURE; and DOES 1-200,<br><br>Defendants. | Case No. C07-2625 SBA<br><br>**NOTICE OF ENTRY OF FINAL JUDGMENT** |

*NOTICE OF ENTRY OF FINAL JUDGMENT*
*- Case No. C07 2625*

012312.0140\828958.1

1  PLEASE TAKE NOTICE that on October 30, 2007, the above-entitled court duly issued

2 and filed its Final Judgment in favor of the defendants on all claims brought by plaintiffs in this

3 matter. A true and correct copy of said Final Judgment is attached hereto and incorporated herein

4 as **Exhibit A**.

5 Dated: October 31, 2007

WENDEL, ROSEN, BLACK & DEAN LLP

By:   /s/ *Gillian M. Ross*
    Gillian M. Ross
    Attorneys for Defendants
    D.R. Horton, Inc., DHI Mortgage
    Company, Ltd, LP., Donald Horton,
    Donald Tomnitz, Michael Mason, Daniel
    Callihan, Annie Schankin and James
    Frasure

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

012312.0140\828958.1

*NOTICE OF ENTRY OF FINAL JUDGMENT*
*- Case No. C07 2625*

- 2 -