# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICE AND JULIE MISSUD, | No. C 07-2625 SBA |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| D.R. HORTON, ET AL., | |
| Defendants. | |

In accordance with the Court's Order on the defendants' Motion to Dismiss, judgment is granted in favor of the defendants on the claims brought by plaintiffs. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 10/30/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge