IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE A. MISSUD and JULIE MISSUD, | No. C 07-2625 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| D.R. HORTON INC., et al., | |
| Defendants. | |

Over the past several weeks, Plaintiff Patrice Missud has submitted numerous papers to this Court which do not conform to the local rules governing the form and manner of papers. Plaintiff's submissions, for example, are double-sided, do not state a case number, and do not include a chamber's copy. Moreover, the Plaintiff's case was terminated on October 30, 2007. The Case Systems Administrator has communicated this failure to comply with this Court's Local Rules to Plaintiff on several occasions. Nevertheless, Plaintiff continues to submit papers and represents he will continue to do so.

Good cause appearing, the Plaintiff is ORDERED to comply with local rules of the Northern District of California when submitting documents to this Court, and if Plaintiff fails to comply, the Case Systems Administrator is authorized to return all non-conforming papers to Plaintiff.

IT IS SO ORDERED.

Dated: 5/21/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSUD et al, | Case Number: CV07-02625 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| D.R.HORTON INC. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Alexandre Missud
91 San Juan Ave.
San Francisco, CA 94112

Dated: May 22, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2